IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE M. SCHWEIZER | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA | : | 17-5388 |

## O R D E R

AND NOW, this 9th day of July, 2019, upon consideration of Defendant the City of Philadelphia's Motion for Summary Judgment, filed in this matter as Document No. 24, and Plaintiff Diane M. Schweizer's Response thereto, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment is GRANTED as to all counts; and

2. This matter shall be dismissed with prejudice.

BY THE COURT:

/s/ Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE